# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KEIONNA DAVIS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; DOE 1 (STORE MANAGER); and DOES 2-50, inclusive,<br><br>        Defendants. | CASE NO. CV 25-9243 DMG (SKx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE [23]** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the settlement reached by the parties, and the Stipulation for Dismissal, the Court hereby dismisses the above-captioned action, with prejudice.

IT IS SO ORDERED.

DATED:  July 2, 2026

_____
DOLLY M. GEE
Chief United States District Judge

1

ORDER REGARDING STIPULATION FOR
DISMISSAL OF COMPLAINT